**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
TIMOTHY C. HOLSWORTH, individually and on behalf of all others similarly situated,

                              Plaintiff,

   -against-                                     20 **CIVIL** 2810 (AKH)

                                                          **JUDGMENT**

BPROTOCOL FOUNDATION, et al.,

                              Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 22, 2021, Defendants' motion is granted. The oral argument, currently scheduled for March 4, 2021, is cancelled; judgment is entered in favor of defendants, and the complaint is dismissed. Plaintiffs' offer to re-plead is denied; accordingly, this case is closed.

**Dated:**  New York, New York

        February 23, 2021

                                                                **RUBY J. KRAJICK**

                                                                 **Clerk of Court**
                                **BY:**

                                                                 **Deputy Clerk**