UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TIMOTHY C. HOLSWORTH, individually
and on behalf of all others similarly situated,

                Plaintiff,

         v.

BPROTOCOL FOUNDATION, EYAL
HERTZOG, YEHUDA LEVI, GUY
BENARTZI, and GALIA BENARTZI,

                Defendants.

Case No. 1:20-cv-02810-AKH

**<u>NOTICE OF APPEAL</u>**

      Notice is hereby given that Plaintiff Timothy C. Holsworth, on behalf of himself and all others similarly situated, by and through his undersigned counsel, hereby appeals to the United States Court of Appeals for the Second Circuit from the Order Granting Defendants' Motion to Dismiss (ECF No. 66, the "Order"), signed and entered on February 22, 2021, and Judgment (ECF No. 67, the "Judgment"), signed and entered on February 23, 2021, in the above-captioned matter. This appeal is taken from each and every part of the Order and Judgment, and from the Order and Judgment as a whole.

Dated:   New York, NY                          Respectfully submitted,
         March 22, 2021


/s/ Kyle W. Roche                              /s/ Jordan A. Goldstein

Kyle W. Roche                                  Philippe Z. Selendy
Edward Normand                                 Jordan A. Goldstein
Velvel (Devin) Freedman                        Oscar Shine
   (*pro hac vice*)                            Mitchell Nobel
Richard R. Cipolla                             SELENDY & GAY PLLC
ROCHE FREEDMAN LLP                             1290 Sixth Avenue, 17th Floor
99 Park Avenue, 19th Floor                     New York, NY  10104
New York, NY  10016                            Tel: (212) 390-9000
Tel: (646) 350-0527                            pselendy@selendygay.com
kyle@rcfllp.com                                jgoldstein@selendygay.com
tnormand@rcfllp.com                            oshine@selendygay.com
vel@rcfllp.com                                 mnobel@selendygay.com
rcipolla@rcfllp.com

                                               *Co-Lead Counsel and Attorneys for*
                                               *Plaintiff and the Proposed Class*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 22, 2021, I caused the foregoing Notice of Appeal to be served via the Electronic Case Filing (ECF) system in the United States District Court for the Southern District of New York, on all parties registered for CM/ECF in the above-captioned action.

Dated:   New York, New York
March 22, 2021

/s/         *Jordan A. Goldstein*
Jordan A. Goldstein